United States Courts
Southern District of Texas
FILED

FEB 06 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CR. NO. 18CR-52 |
| vs. | § § | |
| 1. IVAN SALAZAR-ZARAZUA | § § | FILED UNDER SEAL |
| 2. RAYMOND JONES | § § | |

## COUNT ONE

### Conspiracy to Possess with the Intent to Distribute a Controlled Substance

On or about June 10, 2016, in the Southern District of Texas,

**IVAN SALAZAR-ZARAZUA, and**

**RAYMOND JONES,**

defendants herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, to wit: 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II narcotic controlled substance.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A)(viii).

# Notice of Criminal Forfeiture

Pursuant to Title 21, United States Code, Section 853, as a result of the commission of a violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(ii) and 841(b)(1)(B)(iii), notice is given that the defendants:

**IVAN SALAZAR-ZARAZUA, and**

**RAYMOND JONES,**

shall forfeit to the United States of America-

(1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

(2) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

In the event that the property which is subject to forfeiture to the United States, as a result of any act or omission of the defendant:

(1) cannot be located upon exercise of due diligence;

(2) has been placed beyond the jurisdiction of the Court;

(3) has been transferred or sold to, or deposited with a third party;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property, pursuant to 21 U.S.C. §853(p).

**A TRUE BILL**

Original Signature on File

**FOREPERSON OF THE GRAND JURY**

**RYAN K. PATRICK**
**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF TEXAS**

By: _____
John D. Jocher
Assistant United States Attorney
Southern District of Texas